

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Roderick Lamon Sneed,                    * From the 350th District Court
                                           of Taylor County, Texas
                                           Trial Court No. 14482-D.

Vs. No. 11-15-00320-CR                    * April 28, 2017

The State of Texas,                       * Memorandum Opinion by Willson, J.
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.